**DISMISS; and Opinion Filed November 29, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00092-CV

**NOHE ALEMAN RICO, Appellant**
**V.**
**GERSON MORATAYA, NINA M. MORATAYA, AND /OR JOHN DOE, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-02701-A**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated April 2, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.

By order dated April 17, 2018, we granted appellant's first motion to extend time to file his brief and extended the time to file appellant's brief until May 29, 2018. By postcard dated May 31, 2018, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.

To date, appellant has not filed a brief or otherwise corresponded with the Court regarding the status of this appeal. Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

180092F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NOHE ALEMAN RICO, Appellant

No. 05-18-00092-CV     V.

GERSON MORATAYA, NINA M.
MORATAYA, AND /OR JOHN DOE,
Appellees

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-17-02701-A.
Opinion delivered by Justice Schenck.
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee GERSON MORATAYA, NINA M. MORATAYA, AND /OR JOHN DOE recover their costs of this appeal from appellant NOHE ALEMAN RICO.

Judgment entered this 29th day of November, 2018.